**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEMARCUS KENARD JOE, #1047716,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL CASE NO. 3:20-CV-3309-E-BK** |
| | § | |
| **ERIC JOHNSON, ET AL.,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

      The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

      SO ORDERED this 24th day of November, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE